UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: TASHIBA S. JONES and<br>JAMES C. JONES,<br>non-filing co-debtor,<br>                  Debtor(s). | CHAPTER 13<br>CASE NO. 09-30022-DHW |

### NOTICE OF FILING OF AFFIDAVIT
### IN SUPPORT OF MOTION FOR RELIEF

COMES NOW Wilshire Credit Corporation ("Wilshire"), a as servicing agent for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificate Series 2007-BC1 ("U.S. Bank"), and gives notice of the filing of the attached affidavit in support of the Motion to Lift the Automatic Stay and the Co-Debtor Stay previously file in this cause by Wilshire.

Respectfully submitted,

/s/ Michael W. Lindsey

MICHAEL W. LINDSEY, ESQ.
OF COUNSEL: Jauregui Law Firm, LLC
Attorney for Wilshire Credit Corporation
3829 Lorna Road, Suite 322
Hoover, Alabama 35244
(205) 988-8888

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States mail, postage prepaid and properly addressed, on this the 7th day of April, 2009, to-wit:

| | | |
|---|---|---|
| Vonda S. McLeod, Esq.<br>Attorney for Debtor<br>P.O. Box 201<br>Montgomery, AL 36101 | Curtis C. Reding, III<br>Chapter 13 Trustee<br>Middle District of Alabama<br>P.O. Box 173<br>Montgomery, AL 36633 | Tashiba S. Jones<br>James C. Jones<br>3407 Sommerville Drive<br>Montgomery, AL 36111 |

/s/ Michael W. Lindsey

MICHAEL W. LINDSEY

STATE OF OREGON       )
COUNTY OF WASHINGTON  )

## AFFIDAVIT OF SALLY NORDLING

I am Sally Nordling, a representative of Wilshire Credit Corporation ("Wilshire"), as servicing agent for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificate Series 2007-BC1 ("U.S. Bank"), and as such, have full knowledge and information with respect to the facts set out herein. This Affidavit is based upon my personal knowledge, and I am competent to testify regarding those things about which I have personal knowledge. It is my duty to supervise all things necessary to foreclose or reinstate delinquent accounts in which the borrower(s) has/have sought protection under the Bankruptcy Code. These duties include the preparation of statements showing the status of such accounts, which records are prepared from original records and/or documents. The original records of Wilshire and U.S. Bank regarding such accounts are maintained on computer and to which I have access. It is in the regular course of business that such records regarding transactions are maintained, and it is the regular course of such business to maintain these records. As a part of my official duties, I am responsible for compiling and preparing statements regarding accounts from the original records of Wilshire and U.S. Bank.

I am familiar with the account of Tashiba Jones ("Borrower(s)"), designated as Wilshire Loan No. 4014967.

That Borrower(s), on September 14, 2006, executed and delivered to Wilmington Finance, Inc., a note in the principal amount of $80,000.00. Said note was, and continues to be, secured on certain real estate located in Montgomery County, Alabama.

That there is currently due and owing U.S. Bank, as assignee of said note and mortgage, on Loan Number 4014967, the principal balance of $ 78,051.60, plus accrued interest, late fees and attorney fees. The loan is currently post-petition due for the months of June, 2009 and thereafter, with a total post-petition arrearage of $2,666.52, plus attorney fees and Court costs, and with a payoff in the amount of $83,122.63, which amount is good through September 4, 2009.

That the mortgage of U.S. Bank is a valid first lien against the real property described in said mortgage.

That the reasonable value of the property described in said mortgage used to secure said note of U.S. Bank is $ _102,000.00_ , as evidenced by the attached appraisal.

The data contained in this certification is current as of payments received on or before the date of this Affidavit.

_Sally Nodling_
_September 21, 2009_

STATE OF OREGON )
COUNTY OF WASHINGTON )

I, the undersigned, notary public in and for said County and State, hereby certify that _Sally Nordling_, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this date that, being informed of the contents of the above affidavit, he/she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this _21st_ day of September, 2009.

OFFICIAL SEAL
RICKI CLIFTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 427942
MY COMMISSION EXPIRES APRIL 13, 2012

_Ricki Clifton_
NOTARY PUBLIC
My commission expires: _4-13-2012_

# WILSHIRE CREDIT CORPORATION
14523 SW Millikan Way, Suite 200 · Beaverton · OR · 97005 · (503) 223-5600 · Fax: (503) 952-7476 · www.wfsg.com

## 1-4 Family Broker Price Opinion (BPO) *

| | |
|---|---|
| **Wilshire Loan #:** 4014967 | **Date Completed:** 8/11/2009 |
| **Account Officer:** | **Broker Company:** Ken Wilson Realty |
| **Property Address:** | **Agent Name:** Ken Wilson |
| 3407 Sommerville Dr | **Broker Address:** P. O. Box 20245 Montgomery AL 36120 |
| Montgomery AL 36111 | **Broker Phone #:** 334-288-6232 |
| **Interior Inspection?** ☐ Yes ☒ No | **Broker FAX #:** 334-288-6049 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RE Taxes | $ | Special Assessments | $ | Tax Year | Assessed Value: | $ |
| Delinquent Taxes: | $ | HOA Name | N/A | HOA Number | N/A | HOA Fees | N/A |

### Market Data

| Item | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 3407 Sommerville Dr | 3917 Mallard Ct | 1825 Heatherton Dr | 1906 Talbot Ter | 1936 Bullard St | 3415 Dresden Dr | 2734 Fairmont Rd |
| Zip Code | 36111 | 36111 | 36111 | 36116 | 36116 | 36111 | 36111 |
| MLS # | | 2613696 | 259967 | 252584 | 265780 | 260956 | 265354 |
| Dist. to Subj. [?] | | 0.92 | 1.42 | 0.98 | 1.64 | 0.40 | 0.96 |
| Property Type: | SFR | SFR | SFR | SFR | SFR | SFR | SFR |
| # of Units: | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Subdivision Name: | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Sales Type: | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Home Style: | Flat | Flat | Flat | Flat | Flat | Flat | Flat |
| Sales Price: | | $106,000 | $107,000 | $107,500 | | | |
| List Price: | | $109,900 | $104,900 | $115,000 | $109,800 | $109,900 | $109,900 |
| Seller Concessions: | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| Date of Sale: | | 5/18/2009 | 6/1/2009 | 7/16/2009 | | | |
| Days on Market: | | 66 | 155 | 424 | 38 | 191 | 52 |
| Year Built: | 1964 | 1971 | 1979 | 1972 | 1949 | 1974 | 1955 |
| Condition: | Fair | Good | Good | Fair | Good | Good | Good |
| Above Grade Room Count: Tot / Bdrm / Bth | 7 / 3 / 2 | 7 / 3 / 2 | 8 / 4 / 2 | 7 / 3 / 2 | 7 / 3 / 2 | 7 / 3 / 2 | 7 / 3 / 2 |
| Gross Living Area: | 1735 Sq Ft | 1921 Sq Ft | 1979 Sq Ft | 1871 Sq Ft | 1886 Sq Ft | 1854 Sq Ft | 1830 Sq Ft |
| Basement (% Fin): | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Basement Sq Foot: | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Price Per Sq Foot: | n/a | $55 | $54 | $57 | $58 | $59 | $60 |
| Garage/Carport: | Unknown | 2 Car Garage | 2 Car Garage | 2 Car Garage | 2 Car Garage | 2 Car Garage | 2 Car Garge |
| Pool/Fireplace: | No / No | No / Yes | Yes / No | No / No | No / No | No / No | No / No |
| Lot Size: | 0.30 | 0.30 | 0.30 | 0.20 | 0.30 | 0.50 | 0.40 |
| Superior/Inferior? | | Equal | Superior | Equal | Inferior | Superior | Inferior |
| Other: | | | | | | | |

### Sold Comp MLS Comments

1. large home located in a cul-de-sac in montgomery s desirable green acres subdivision. this home has extra large rooms to include formal living/dining room, den with fireplace and eat-in kitchen. master bedroom is oversized with sitting area that leads to the patio. two car garage, huge rear fenced lawn, and move in condition complete the package to...

2. great house in a great location. home features 4 bedrooms 2 baths, living/dining &kitchen/den. to protect your automobiles you will enjoy the double garage. there is an inground pool in the backyard but it does need some work. go by &take a look...you ll be glad you did.

3. great home near everything in town. large rooms throughout. two seperate living areas. one with custom sold wood antique mantle form early 1900 s. large den great for entertaing friends and family. three very good sized bedrooms. master has seperate door to cover patio. extra large patio in very private back yard. you would think you are in a lush ...

### Listing Comp MLS Comments

1. wow!! what a bargain! must sell in 30 days!!! previously listed for $143,336. all 3 bedrooms are large enough for a king size bed. huge eat-in kitchen with ceramic tile, refinished cabinets, newer countertops,stove, and dishwasher. water heater 2 years old. roof 3 years old. gleaming hardwood flooring in living room, dining room, hallway and bedroo...

2. thdesired brentwood. buy va, fha or conventional; owner will pay closing costs up to 2%. offers wanted!!! move now! near jeff david hi, dannelley elementary &ymca...wonderful family type neighborhood convenient to everything. more home for your money.

3. well maintained home with 3 bedrooms, 2 baths and gorgeous hardwood floors. very large living/dining room with fireplace and custom corner cabinets. den has beautiful tongue-and-groove paneling with a second fireplace and large cabinet/bookcase unit. eat-in kitchen has new stove and refrigerator stays. laundry room (dryer remains), plus utility roo...

### Sold Comp MLS Comments Addendum

1. ... this affordably priced home.

3. ...garden away from town as you relax in the backyard. the kitchen has updated applinaces and new flooring. the two car garage has extra space for storage or a hobby area. seperate laundry room too. the roof is six months old and so is the exterior paint. the heating and cooling was replaced just last week. call today for a tour of your new home.

### Listing Comp MLS Comments Addendum

1. ...ms. ceramic tile in both bathrooms and florida room. freshly painted inside and out. very clean and move-in ready. convenient to historic old cloverdale shopping and dining district. don t miss out on this great opportunity to own this awesome home. call today!! lets talk about the $8000 tax credit that you may qualify for when you buy this home. if schools are important — please verify.

3. ...m for additional storage. front bedroom has great built-in desk. closets have custom built-ins. 16 x 24 workshop in back yard is a hobbyist s dream with heating and a/c, 110 and 220 wiring. beautifully landscaped back yard with raised beds (irrigation system in back yard only and may need repairs). security system. large covered patio. termite bond with terminix is transferable. grocery store, bakery, dry cleaner, and hardware store nearby. convenient to downtown and maxwell afb.

### Neighborhood / Market Information

| Occupancy | ☒ Occupied | ☐ Vacant | ☐ Unknown | Neighborhood | ☒ Good | ☐ Fair | ☐ Poor |
|---|---|---|---|---|---|---|---|
| Market | ☒ Urban | ☐ Small Town | ☐ Rural | Exterior Condition | ☐ Good | ☒ Fair | ☐ Poor |
| Market Condition | ☐ Appreciating | ☐ Depreciating | ☒ Stable | Interior Condition | ☐ Good | ☐ Fair | ☐ Poor |
| Area Description: | this is a very great location | | | Rent Control | ☐ Yes | ☐ No | ☒ Unknown |

### Positive Features/Conditions of the Property

this property has no repairs and is in great condition.

### Negative Features/Conditions of the Property

### Repairs Needed

| Recommended Repairs: | |
|---|---|

### Subject Sales & Listing History Section

| Current Listing Status: Subject is not currently listed. | | Listing Agent: | | Listing Agent Phone: | |
|---|---|---|---|---|---|
| Date Listed | Date Sold | List Price | Sale Price | MLS# | Notes |

### Marketing Strategy

| | "As-Is" Value | "Repaired" Value | 30 Day As-Is Quick Sale Value | Cost of Repairs |
|---|---|---|---|---|
| Broker Value Opinion | $102,000 | $102,000 | $98,000 | $ 0 |
| Broker Comments on Value Conclusion | Price per square feet is how we perpared our price strategy. | | | |

### Clear Capital Quality Assurance Comments

| | "As-Is" Value | "Repaired" Value | |
|---|---|---|---|
| Reviewer Value Opinion | $102,000 | $102,000 | |
| Reviewer Notes | The reviewer concurs with the broker's value conclusion. The broker's value is supported by reasonably proximate and current comparable sales. Additionally, the value is generally in line with the prior BPO completed on 01/03/09. | | |